FILED

SEP 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re ATTORNEY CHRISTIAN DE OLIVAS,<br><br>Respondent | CASE NO. 08-CV-1575-WQH (LSP)<br><br>ORDER |

    The Standing Committee on Discipline for the United States District Court for the Southern District of California ("Committee") has filed an Amended Petition dated September 17, 2008, seeking suspension or disbarment of Respondent, attorney Christian DeOlivas, from the practice of law in this Court. The parties appeared for an ENE conference on September 24, 2008 before Hon. Leo S. Papas and reached a resolution of the issues raised in the Petition. Respondent does not admit or deny unprofessional behavior but has entered the settlement to avoid litigation and for other reasons. In order to implement this settlement, the parties have stipulated to the jurisdiction of Magistrate Judge Leo S. Papas for all purposes, including supervision of the settlement.

    WHEREFORE, the Court ORDERS as follows:

    (1) Respondent is hereby suspended from the practice of law in the United States District Court for the Southern District of California for a period of one year from the date of this Order. The Clerk of the Court is directed to reflect this suspension in the records of the Court.

1.

(2) With respect to cases pending in this District on which Respondent was retained prior to the date of this Order, Respondent shall disclose this Order to all clients and offer the opportunity to retain other counsel. If a client had previously retained Respondent in a currently pending case and still wishes to employ Respondent, Respondent may appear in this Court, in the discretion of the assigned district court judge, solely for the limited purpose of completing such currently pending case. In any such case, Respondent shall associate in experienced co-counsel.

(3) During the year of suspension, Respondent must attend fifteen (15) hours of MCLE training in ethics and practice management, and must provide a certification of such attendance to the Committee.

(4) Upon return to practice after the above one year suspension is complete, for a period of six months ("Probationary Period"), Respondent shall provide monthly reports to the Committee on (a) any missed court appearances, (b) any material disputes with government officials or Court personnel (this does not include differing legal positions relating to a client), and (c) any problems or issues in his cases that could potentially involve ethics issues.

(5) During the Probationary Period, Respondent shall associate in experienced counsel in any case that is tried. *[handwritten: CDO 09-24-08 / Consistent with the Stipulation Among The parties]*

(6) This Court shall retain jurisdiction over the Amended Petition, including jurisdiction to resolve any issues arising out of this settlement. At the conclusion of the one year suspension and the Probationary Period, if Respondent has complied in all respects with this Order and with the Rules of this Court, the Rules of Professional Conduct and the State Bar Act, the Amended Petition shall be dismissed.

Dated: September 24, 2008.

IT IS SO ORDERED:

_____
Leo S. Papas
United States Magistrate Judge